## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| CHRISTOPHER ROBERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 14-4096 |
| vs. | * | |
| | * | **JOINT MOTION TO DISMISS** |
| INTERBAKE FOODS, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**COME NOW**, the parties in the above-entitled action, Plaintiff, Mr. Christopher Roberson, and Defendant, Interbake Foods, LLC, by and through their respective counsel of record, and hereby stipulate and agree that Plaintiff's Verified Amended Complaint and the cause of action against Defendant may be dismissed with prejudice and without costs or attorneys' fees awarded to any party. The Court will retain jurisdiction of this matter to enforce the terms of the settlement agreement entered into by the parties.

Dated this 22 day of September, 2015.

CUTLER LAW FIRM

Nichole Mohning
100 N. Phillips Avenue, 9th Floor
P.O. Box 1400
Sioux Falls, SD 57104-1400
Telephone: 605/335-4950
Email: Nicole@cutlerlawfirm.com

and

1

Jay M. Smith  (Pro Hac Vice)
SMITH & McELWAIN
505 Fifth Street, Suite 530
P.O. Box 1194
Sioux City, IA 51102
Tel.: 712/255-8094
Fac.: 712/255-3825
Email: smitmcel@aol.com

ATTORNEYS FOR PLAINTIFF

Dated this 22nd day of September, 2015.

JACKSON LEWIS, P.C.

_____

Christopher E. Hoyme SD #4106
Kenneth M. Wentz III (Pro Hac Vice)
JACKSON LEWIS, P.C.
10050 Regency Circle, Suite 400
Omaha, NE 68114
Telephone: 504/391-1991
Facsimile: 402/391-7363
hoymec@jacksonlewis.com
wentzk@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS

4827-3665-8472, v. 1

2