UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
SEP 24 2015

******************************************************************************

| | | |
|---|---|---|
| CHRISTOPHER ROBERSON, | * | CIV 14-4096 |
| Plaintiff, | * | |
| vs. | * | ORDER OF DISMISSAL |
| INTERBAKE FOODS, LLC., | * | |
| Defendant. | * | |

******************************************************************************

Based upon the Joint Motion to Dismiss, Doc. 33, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Verified Amended Complaint and causes of action against Defendant are hereby dismissed with prejudice and without costs or attorney's fees awarded to any party. The Court will retain jurisdiction of this matter to enforce the terms of the settlement agreement entered into by the parties.

Dated this 24th day of September, 2015.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
        Deputy